FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

NOV 2 1 2008

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 8:08CV475 |
| vs. | ) |
| | ) |
| GLENNA ZAUGG, | ) |
| | ) |
| Defendant. | ) |

### FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the Defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby admits all the allegations of Plaintiff's Complaint and therefore agrees to the entry of a consent judgment in the sum of $15,062.82 plus interest at the legal rate computed daily and compounded annually from the date of judgment until paid in full and court costs in the amount of $370.00.

3. The Defendant shall submit financial data to the Plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding.

4. Costs shall be paid by the defendant.

GLENNA ZAUGG
Defendant

/s/ Nicholas S. Boggy
NICHOLAS S. BOGGY
Attorney at Law
340 E. Military Avenue
Fremont, NE 68025
(402) 721-7111
boggyn@sidnerlaw.com

UNITED STATES OF AMERICA,
Plaintiff,

JOE W. STECHER
United States Attorney

/s/ Laurie M. Barrett
LAURIE M. BARRETT
Assistant U. S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68101
(402) 661-3700
laurie.barrett@usdoj.gov

APPROVED THIS 21st day of November, 2008, accruing at the

legal rate of 1.09 % per annum from the date of this judgment, until paid in full and

court costs.

THOMAS D. THALKEN
U. S. MAGISTRATE JUDGE